**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 31, 2012

RE:  Case No. 01-12-00962-CV

Style: Xi Lan Wu, Ind., and Hua Wei, Inc. D/B/A Szechuan League City Chinese Restaurant

    Today the First Court of Appeals issued a corrected memorandum opinion(s) in the above-referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 11-CV-1307          M. Karinne McCullough, Clerk of the Court

                        XENOS  M. YUEN
                        SIEGEL, YUEN AND HONORE, PPLC
                        6100 CORPORATE DRIVE, #400
                        HOUSTON, TX  77036

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 31, 2012

RE:  Case No. 01-12-00962-CV

Style: Xi Lan Wu, Ind., and Hua Wei, Inc. D/B/A Szechuan League City Chinese Restaurant

    Today the First Court of Appeals issued a corrected memorandum opinion(s) in the above-referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 11-CV-1307          M. Karinne McCullough, Clerk of the Court

                        KERRY  NEVES
                        LAW OFFICES OF KERRY L. NEVES
                        225 FM 517 #100
                        DICKINSON, TX  77539



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 31, 2012

RE: Case No. 01-12-00962-CV

Style: Xi Lan Wu, Ind., and Hua Wei, Inc. D/B/A Szechuan League City Chinese
Restaurant

Today the First Court of Appeals issued a corrected memorandum
opinion(s) in the above-referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's
webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 11-CV-1307          M. Karinne McCullough, Clerk of the Court

                        DEIRDRE CAREY  BROWN
                        1111 LOUISIANA ST STE 4500
                        HOUSTON, TX  77002-5250



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 31, 2012

RE: Case No. 01-12-00962-CV

Style: Xi Lan Wu, Ind., and Hua Wei, Inc. D/B/A Szechuan League City Chinese
Restaurant

Today the First Court of Appeals issued a corrected memorandum
opinion(s) in the above-referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's
webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 11-CV-1307          M. Karinne McCullough, Clerk of the Court

                        DAVID W. GHISALBERT
                        LAW OFFICES OF JOHN C. OSBORNE, P.L.L.C.
                        GALLERIA FINANCIAL CENTER
                        5065 WESTHEIMER RD STE 722E
                        HOUSTON, TX  77056-5624

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 31, 2012

RE:  Case No. 01-12-00962-CV

Style: Xi Lan Wu, Ind., and Hua Wei, Inc. D/B/A Szechuan League City Chinese Restaurant

Today the First Court of Appeals issued a corrected memorandum opinion(s) in the above-referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 11-CV-1307          M. Karinne McCullough, Clerk of the Court

LAWRENCE M. TYLKA
TYLKA LAW CENTER
1104 EAST MAIN
LEAGUE CITY, TX  77573

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 31, 2012

RE:  Case No. 01-12-00962-CV

Style: Xi Lan Wu, Ind., and Hua Wei, Inc. D/B/A Szechuan League City Chinese Restaurant

Today the First Court of Appeals issued a corrected memorandum opinion(s) in the above-referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 11-CV-1307          M. Karinne McCullough, Clerk of the Court

DAVID M. KRIEWALDT
THE KRIEWALDT LAW FIRM, PLLC
1100 NASA PARKWAY, STE 420K
HOUSTON, TX  77058